IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02434-GPG

CALVIN WARREN COOLIDGE JOHNSON, JR.,

Applicant,

v.

[NO RESPONDENTS NAMED],

Respondents.

---

## ORDER OF DISMISSAL

---

Applicant was an inmate at the Denver County Jail in Denver, Colorado, when he initiated this action by filing *pro se* a document (ECF No. 1) apparently seeking habeas corpus relief.   The instant action was commenced and, on November 3, 2015, Magistrate Judge Gordon P. Gallagher ordered Applicant to cure certain deficiencies if he wishes to pursue any claims.   Applicant specifically was directed to file an application for a writ of habeas corpus on the proper form and either to pay the $5.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.   Applicant was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 19, 2015, the copy of Magistrate Judge Gallagher's November 3 minute order that was mailed to Applicant at the Denver County Jail address he provided was returned to the Court undelivered.   The returned envelope is stamped "RELEASED" and bears another stamp or sticker that reads "RETURN TO SENDER, NOT

DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD."   (*See* ECF No. 4.)

Applicant has not cured the deficiencies in this action as directed and he has failed to respond in any way to Magistrate Judge Gallagher's November 3 order.   He also has failed to file a notice of change of address within five days of any change of address as required by the Court's local rules.   *See* D.C.COLO.LCivR 5.1(c).   Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with the Court's local rules.   Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.   *See Coppedge v. United States*, 369 U.S. 438 (1962).   If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to prosecute and comply with the Court's local rules.   It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.   It is

2

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this ___9th___ day of ____December_____, 2015.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court